FILED BY __PG__ D.C.

MAR 10 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

__KEVIN TAYLOR JONES__
(Write the full name of the plaintiff)

vs.

JARED SONNENKLAR, ESQ.
SONNENKLAR LAW FIRM
3132 NORTHSIDE DRIVE, #102
KEY WEST, FLORIDA 33040

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: KEVIN TAYLOR JONES

Address: 5501 COLLEGE ROAD, KEY WEST, FL 33040

Inmate/Prison No.: 1400 1914

Year of Birth: 1969 (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: JARED SONNENKLAR      Defendant: SONNENKLAR LAW FIRM, LLC.

Official Position: ATTORNEY      Official Position: LAW FIRM

Place of Employment: SONNENKLAR LAW      Place of Employment: KEY WEST, FL.

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I HIRED MR. JARED SONNENKLAR IN JULY 2020 TO CARRY OUT MY "DEFENSE STRATEGY" AS MY CRIMINAL ATTORNEY; HOWEVER, MR. SONNENKLAR IS NOT PERFORMING HIS DUTIES TO ADVOCATE ON MY BEHALF DUE TO WANTON NEGLIGENCE AND BEING OF INEFFECTUAL COUNSEL THUS MY FILING "1983" CIVIL RIGHTS LAWSUIT FOR MALPRACTICE, VIOLATING MY 6TH AMENDMENT RIGHTS! MR. SONNENKLAR PROMISE TO ENTER & RE-ENTER MOTIONS TO BE HEARD AND RULED ON MY BEHALF; MR. SONNENKLAR PROMISED HE WILL CARRYOUT MY DEFENSE AFTER I RETAINED HIM FOR $5,000.00, HE TOOK MY MONEY AND RAN WITHOUT DOING ANYTHING "HINDERING MY CRIMINAL CASE No.: 2018CF408AK!"

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I TRIED TO REACH MR. SONNENKLAR NUMEROUS TIMES BUT TO "NO-AVAIL!" MR. SONNENKLAR STOLE MY MONEY AND NEVER CAME TO VISIT ME AND PROVIDE AN LEGAL CONTRACT AS PROMISED OR CARRY OUT MY DEFENSE STRATEGY; ALL I RECEIVED FROM MR. SONNENKLAR WERE LAME EXCUSES AND INSULTS STATING I AM BEING DIFFICULT AND HAVE "NO RIGHT" TO ASK FOR MY $5,000.00 RETAINER RETURNED; SO I FILED AN COMPLAINT WITH "THE FLORIDA BAR:" JARED SONNENKLAR; RFA: 21-6569, AND THEY TOLD ME I HAD TO FILE CIVIL COMPLAINT WITH UNITED STATES DISTRICT OR SUPREME COURT; TO SUE FOR THE RETURN OF MY $5,000.00 DUE TO MISREPRESENTATION AND NOT ABIDING TO MY "6TH AMENDMENT RIGHTS" AS AN ATTORNEY WORKING ON MY BEHALF! "MR. SONNENKLAR HINDERED MY CASE SINCE JULY 2020!"

I HAVE RECENTLY FILED TWO "1983!" AGAINST MY FORMER COURT APPOINTED P.D. ATTORNEY MR. MICHAEL JUSTIN FREEDMAN FOR MALPRACTICE DUE TO BEING AN WILLING PARTICIPANT TO CAUSE MY "WRONGFUL INCARCERATION" UNDER JUDGE MARK DAVID WILSON'S RULE; WHO I ALSO FILED "1983" AGAINST, THAT IS DISMISSED W/O PREJUDICE. I BELIEVE MR. SONNENKLAR TOOK MY "$5,000.00" FRAUDULENTLY; NEVER REALLY INTENDING TO CARRYOUT MY DEFENSE STRATEGY "WORKING UNDER COLOR OF LAW!" I BELIEVE "COLLUSION" IS AT HAND DUE TO MY ACCUSATIONS AGAINST JUDGE MARK WILSON!

### IV. Jury Demand

JUDGE WILSON IS ATTEMPTING TO INCRIMINATE AND DISCREDIT ME!!!

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this __06__ day of __MARCH__, 20__21__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __03-06-2021__

_____
Signature of Plaintiff

Mr. KEVIN TAYLOR JONES
#74009194 @ M.D.C
5501 COLLEGE Rd.
- Hotel Doran -
KEY WEST, FL 33040

¡AL MAIL!

CLERK'S OFFICE @
U.S. DISTRICT COURT %
So. DISTRICT of FL.
400 NORTH MIAMI AVE.,
-8N09-
MIAMI, FL 33128-7716

33128-771699

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEE FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS. UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER

USMS
INSPECTED
RECEIVED

© USPS 2019

MIAMI FL 330
6 MAR 2021 PM 1 L

